**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLARESSA MORSE,

    Plaintiff,

v.                                                                Case No. 6:25-cv-1389-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

**ORDER**

In this Social Security appeal, Plaintiff challenges the denial of her application for supplemental security income benefits. (Doc. 1.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends reversing and remanding the Commissioner's final decision, terminating all pending motions, and closing the file. (Doc. 23 ("R&R").) Neither party objected, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 23) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     Defendant's final decision is **REVERSED AND REMANDED**

pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration by the ALJ in accordance with the R&R.

3.    The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant, terminate all pending motions as moot, and then close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 9, 2026.



ROY B. DALTON, JR.
United States District Judge

2